

NUMBERS 13-14-00731-CR & 13-14-00732-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GLEN L. DUKES,                                                                Appellant,

v.

THE STATE OF TEXAS,                                                        Appellees.

On appeal from the 379th District Court
of Bexar County, Texas.

## ORDER

Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam

These causes are before the Court because the court reporter, Amy Hinds Alvarado, has failed to timely file the reporter's record. The reporter's record in these causes was originally due to be filed on February 25, 2015. The reporter has previously requested and received four extensions of time to file the record, granting the reporter until May 26, 2015, to file the record. The court reporter has now requested a fifth

extension of time to file the record until June 11, 2015.

The Court, having fully examined and considered the extensions previously granted in these causes, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in these matters.

**Reporter, Amy Hinds Alvarado, is hereby ORDERED to file the reporter's record in this Court no later than 5:00 p.m. on June 11, 2015. No further motions for extension of time will be entertained by the Court.** If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(2).

The Clerk of this Court is ORDERED to serve a copy of this order on Amy Hinds Alvarado by certified mail, return receipt requested.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
the 5th day of May, 2015.